**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Travis Knauff,

      Petitioner,

          v.                          Case No.  1:15cv338

Warden, Ross Correctional
Institution,                               Judge Michael R. Barrett

      Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 4, 2016 (Doc. 20).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981. No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 20) of the Magistrate Judge is hereby **ADOPTED.**   The Petition is dismissed with prejudice. Because reasonable jurists would not disagree with this conclusion, Petitioner will be denied a certificate of appealability and the Court will certify to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

                            *s/Michael R. Barrett*
                            Michael R. Barrett
                            United States District Judge